**Randall MANSANARES, Plaintiff— Appellant,**

v.

**Aimee ANDERSON, Honorable; et al., Defendants—Appellees.**

**No. 06–16534.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed Feb. 26, 2007.

Randall Mansanares, Phoenix, AZ, pro se.

Before: GOODWIN, TASHIMA and THOMAS, Circuit Judges.

## MEMORANDUM **

A review of the record and the response to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *Cf. Demos v. United States Dist. Court for the E. Dist. of Wash.,* 925 F.2d

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1160, 1161 (9th Cir.1991); *see also United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

